IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C

05 AUG -3 PM 5: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DOROTHY A. STEELE, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2480  Ml/P |
| ESTATE OF THOMAS DICKERSON, II, As Employee/Agent of Greyhound Lines, Inc., and GREYHOUND LINES, INC., and ALEX YU CHANG, As Employee/Agent of COASTAL GROUP CORPORATION and TRANS USA CORPORATION, | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO TRANSFER CASE TO EASTERN DIVISION AND TO STAY SCHEDULING CONFERENCE**

Before the Court is the joint motion to transfer case to the eastern division and to stay the scheduling conference, filed August 2, 2005. Good cause having been shown, the Court GRANTS the motion. This case is hereby TRANSFERRED to the United States District Court for the Western District of Tennessee, Eastern Division.

So ORDERED this 3th day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Honorable Jon McCalla
US DISTRICT COURT