IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DOROTHY A. STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2480 T/An |
| ) | |
| ESTATE OF THOMAS DICKERSON, II, ) | |
| As Employee/Agent Greyhound Lines, Inc., ) | |
| And GREYHOUND LINES, INC., and ) | |
| ALEX YU CHANG, As Employee/Agent ) | |
| of COASTAL GROUP CORPORATION ) | |
| and TRANS USA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

It appears to the Court by the signature of counsel for the parties that agreement has been reached in this matter, said agreement being that this case should be transferred to the Eastern Division of the Western District of Tennessee where three other cases are pending arising out of the same accident. It appears to the Court that for purposes of judicial economy, simpler administration of the cases, and coordination of discovery, this case should be transferred to the Eastern Division of this District.

It is therefore **ORDERED** that this case is hereby transferred from this Court to the Eastern Division of the Western District of Tennessee and the scheduling conference set for August 18, 2005, in this Court is cancelled.

*James D. Todd*
UNITED STATES DISTRICT COURT JUDGE
9 august 2005

262095.1/2004998

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/9/05

**APPROVED FOR ENTRY:**

_/s/ Mark N. Geller by [signature]_
Mark N. Geller, #22797
NAHON, SAHAROVICH & TROTZ, PLC
448 South Mendenhall
Memphis, TN 38117
(901) 462-3353

_/s/ Robert L. Scull by [signature]_
Robert L. Scull
Law Offices of Peter A. Miller
1601 South Broadway Street
Little Rock, AR 72206
(501) 374-6300
**ATTORNEYS FOR PLAINTIFF**

_[signature]_
Edwin E. Wallis, Jr., #8499
MOSS, BENTON & WALLIS
325 North Parkway
P. O. Box 3897
Jackson, TN 38303-3897
(731) 668-5500
A. Scott Derrick, #6620
Christopher W. Cardwell, #19751
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
315 Deaderick Street, Suite 1100
P. O. Box 198888
Nashville, TN 37219-8888
(615) 244-4994
**ATTORNEYS FOR GREYHOUND LINES, INC.**

_/s/ Carl K. Wyatt, Jr. by [signature]_
Carl K. Wyatt, Jr., #12304
GLASSMAN, EDWARDS, WADE & WYATT, PC
16 N. Second Street Building
Memphis, TN 38103-2602
(901) 527-4673
**ATTORNEYS FOR DEFENDANTS, CHANG,
COASTAL GROUP CORPORATION and TRANS USA CORPORATION**

262095.1/2004998

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Honorable James Todd
US DISTRICT COURT