IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY A. STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-2480-T/An |
| | ) | |
| ESTATE OF THOMAS DICKERSON, II, | ) | |
| As Employee/Agent of Greyhound Lines, | ) | |
| Inc.; GREYHOUND LINES, INC.; | ) | |
| ALEX YU CHANG, As Employee/Agent | ) | |
| of Coastal Group Corporation; and | ) | |
| TRANS USA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING MOTION TO RESET TRIAL DATE AS UNNECESSARY

The parties in this case have filed a joint motion to reset the trial date. The parties also filed a joint motion to consolidate this case with several other related cases, for all pretrial proceedings, and a joint motion to continue the scheduling conference currently set for August 30, 2005.

The joint motion to reset the trial date is DENIED as unnecessary, as no official trial date has been set in this case. The set of instructions regarding the scheduling conference, which is attached to the Notice of Setting, specifically states that the trial date contained

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/24/05

therein is "tentative only and may be changed by the scheduling order." The case will not be placed on the Court's trial calendar until a scheduling order is actually issued.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 August 2005_
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT