## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

DOROTHY A. STEELE,                      )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )        NO.:  05-2480-T-An
                                        )
ESTATE OF THOMAS DICKERSON,             )
II, et al.                              )
                                        )
            Defendants.                 )

---

## ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

---

Before the Court is a Joint Motion to Continue Case Management Conference set for

August 30, 2005 at 10:00 a.m.  Because this case is one of seven pending in federal courts arising

out of an accident in Jackson, Tennessee on August 6, 2004, the parties have requested that the

Scheduling Conference be continued until such time as three of the cases can be transferred to

this Court.  Therefore, it is Ordered that the August 30, 2005 Scheduling Conference is

continued.  The Court will reschedule the Scheduling Conference by separate order.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: *August 30, 2005*

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on _8/31/05_

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT