IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 2: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| DOROTHY STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   1-05-2480-T/A |
| | ) | |
| ESTATE OF THOMAS DICKERSON, | ) | |
| II, as Employer/Agent Greyhound Lines, | ) | |
| Inc., and GREYHOUND LINES, INC., | ) | |
| and ALEX YU CHANG, as Employee/ | ) | |
| Agent of ARC International Corporation | ) | |
| d/b/a/ Trans USA Corporation, and | ) | |
| USA CORPORATION, and ARC | ) | |
| INTERNATIONAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER DENYING CONSENT ORDER ALLOWING ATTORNEY FOR PLAINTIFF TO AMEND COMPLAINT PURSUANT TO RULE 15

---

Before the Court is a  Consent Order Allowing Attorney for Plaintiff to Amend Complaint Pursuant to Rule 15 filed on September 8, 2005.[1]  It was unaccompanied either by a Motion or a  memorandum of facts and law setting forth the basis for the request.  For the reasons set forth below, the Consent Order is **DENIED**.

The Federal Rules of Civil Procedure require that "an application to the court for an order shall be by motion which ... shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed. R. Civ. P. 7(b).  Additionally, the Local Rules for the Western District of Tennessee require that all motions filed in the Court shall

---

[1]The Consent Order states that the original Complaint is attached as Exhibit A and that the proposed Amended Complaint is attached as Exhibit B.  The original Complaint, however, is  marked as Exhibit 1 and the proposed Amended Complaint is not marked at all.

This document entered on the docket sheet in compliance
with Rule 58 and/  79(a) FRCP on _____

be "accompanied by a supporting memorandum of facts and law." Local Rule 7.2(a)(1) for the Western District of Tennessee.

Because Plaintiff did not file a Motion or a supporting memorandum of facts and law, the Consent Order is **DENIED** without prejudice. Plaintiff may file a motion which complies with the Federal Rules of Civil Procedure and with Local Rules of Court if he so desires.[2]

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 13, 2005

---

[2]Counsel for Plaintiff does not need to attach a copy of the original Complaint to the Motion to Amend but should attach a copy of the proposed Amended Complaint.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Honorable James Todd
US DISTRICT COURT