IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DOROTHY A. STEELE,

    Plaintiff,

NO.: 1-05-2480 T/A

v.

GREYHOUND LINES, INC., and ALEX YU
CHANG, As Employee/Agent of ARC INTERNATIONAL
CORPORATION d/b/a Trans USA Corporation, and
USA CORPORATION, and ARC INTERNATIONAL
CORPORATION,

    Defendants.

---

### ORDER ALLOWING ATTORNEY FOR PLAINTIFF TO AMEND COMPLAINT PURSUANT TO RULE 15

---

This cause came on to be heard upon the Motion filed by the attorney of record for the plaintiff to allow said attorney to amend the complaint pursuant to Rule 15 in this cause. See attached original Complaint as Exhibit A and the Amended Complaint as Exhibit B.

The court finds that said Motion is well taken and should be sustained.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the attorney of record for the plaintiff are hereby allowed to amend the complaint pursuant to Rule 15 in this cause.

That the Clerk of the Court is hereby ordered to make the appropriate entry in the court's docket book.

_____
S. Thomas Anderson
JUDGE

ENTERED: October 24, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/26/05

APPROVED AS TO FORM:

_____
Mark N. Geller (022797)
Attorney for Plaintiff
488 South Mendenhall
Memphis, TN 38117
(901) 462-3353

_____
Robert L. Scull, Admission for Pro Hac Vice
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, Arkansas 72206
(501) 374-6300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been forwarded to:

A. Scott Derrick
Gullett, Sanford, Robinson & Martin
Attorneys at Law
315 Deadrick Street, Suite # 1100
Nashville, TN 37219

Christopher Cardwell
Gullett, Sanford, Robinson & Martin
Attorneys at Law
315 Deadrick Street, Suite # 1100
Nashville, TN 37219

Carl Wyatt
Glassman, Edwards, Wade & Wyatt
Attorneys at Law
26 North Second Street
Memphis, TN 38103

Robert Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Edwin E. Wallis, PLLC
Moss, Benton & Wallis, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, Tn 38303

Via U.S. Mail, postage prepaid, this _____ day of _____, 2005.

_____
Mark N. Geller

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02480 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Robert L Scull
The Law Offices of Peter A. Miller
1601 S. Broadway Street
Little Rock, AR 72206

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mark N. Geller
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT